**Bessie BAZILE, as mother and natural guardian of Okhela Bazile, a minor, Plaintiff–Appellant,**

v.

**CITY OF NEW YORK, Michael D'Alto, Police Officer, (Shield No. 9336) and John Does 1–5, Defendants–Appellees.**

Dockeet No. 01–7879.

United States Court of Appeals, Second Circuit.

July 8, 2002.

Michael G. O'Neill, New York, NY, for Appellant.

Scott Schorr, Assistant Corporation Counsel of the City of New York, New York, NY, (Michael A. Cardozo, Corporation Counsel of the City of New York, Barry P. Schwartz, Assistant Corporation Counsel, on the brief), for Appellee.

Present JACOBS, LEVAL, KATZMANN, Circuit Judges.

### SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment of the district court be **AFFIRMED.**

Okhela Bazile appeals the dismissal by the Southern District of New York (Preska, J.) of her § 1983 damages suit, which alleged (*inter alia*) false arrest. Bazile initially sued the city, the police department, and various officers. However, she later withdrew her claims against all but the arresting officer. The district court held that because the arrest for trespass was "at least arguably reasonable," the arresting officer was entitled to qualified immunity. We affirm for the reasons stated by the district court. *Bazile v. City of New York, et al.,* 00 Civ. 4727(LAP) (S.D.N.Y. June 18, 2001).